HENRY HOFFMAN, Appellant, *v.* WILLIAM S. MARRIN et al., Respondents.

(Argued June 17, 1884 ; decided June 24, 1884.)

*Samuel Hand* for appellant.

*Joseph J. Marrin* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Petition of CHARLES F. HUNTER, Executor, etc., to Vacate an Assessment.

(Argued June 17, 1884; decided June 24, 1884.)

*D. J. Dean* for appellant.

*Herbert A. Shipman* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE KNICKERBOCKER LIFE INSURANCE COMPANY.

(Argued June 17, 1884; decided June 24, 1884.)

*Raphael J. Moses, Jr.,* for appellant.

*John C. Keeler* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.